**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: 6:15-cv-01639-GAP-DAB**

WESLEY LACKEMACHER,

    Plaintiff,

vs.

CAPITOL STORES, LLC, MIRAMAR
ENTERTAINMENT, LLC,
UNITYGATEWAY, LLC and JOHN
DOES 1-10,

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Wesley Lackemacher v. Capitol Stores, LLC, et al., In the Circuit Court of the 9th Judicial Circuit, in and for Orange County, Florida. Case No.:2015-CA-005695-O

_____     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: October 2, 2015

/s/ Robert W. Murphy
Robert W. Murphy
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
Email: rphyu@aol.com